# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-058-839**

**Effective Date of Registration:**
June 22, 2017

## Title

| | |
|---|---|
| **Title of Work:** | 947 Arch Cookies PPT ALT3 |
| **Nature of Claim:** | Photograph |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 17, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Jonathan Boyer |
| **Author Created:** | Photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Myfootshop.com, LLC<br>1159 Cherry Valley Rd., Newark, OH, 43055 |
| **Transfer statement:** | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Beverly A. Marsh |
| **Date:** | June 21, 2017 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1